CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 7 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID SPRINKLE, | ) |
| | ) |
| Plaintiff, | ) Case No. 7:11CV00102 |
| | ) |
| v. | ) |
| | ) ORDER |
| | ) |
| UNNAMED DEFENDANTS,, | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion for interlocutory injuncctive relief (ECF No. 2) is **DENIED** at this time.

ENTER: This 7th day of March, 2011.

/s/ Glen E. Conrad

Chief United States District Judge